```
       IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF GEORGIA
                 COLUMBUS DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | Case No. 4:24-CV-00118 |
| | : | |
| **ZAKHRAULA MURTUZALIEVA,** | : | |
| | : | |
|     **Defendant.** | : | |
| _____ | : | |

### ORDER

The Court, having fully considered the Complaint, Motion for Temporary Restraining Order, and the Declarations submitted therewith, and all matters of record herein,

IT IS HEREBY ORDERED that ICE, through competent medical authority, may involuntarily administer fluids and medications to Defendant Zakhraula Murtuzalieva intravenously to sustain the life of Defendant Zakhraula Murtuzalieva, and may restrain Defendant Zakhraula Murtuzalieva to accomplish the same until such time as Defendant Zakhraula Murtuzalieva discontinues her hunger strike or until the Court otherwise orders.

SO ORDERED, this _____ day of August, 2024.

_____
United States District Court Judge